# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00013-CR
## NO. 03-03-00014-CR

**Jack Garner Wright, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NOS. 53,201 & 53,200, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jack Garner Wright pleaded guilty to sexual assault of a child and indecency with a child by contact. Tex. Pen. Code Ann. '' 21.11, 22.011 (West 2003). In both cases, the district court adjudged him guilty and sentenced him to eighteen years in prison.

Appellant=s court-appointed attorney filed a brief concluding that the appeals are frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of

counsel=s brief was delivered to appellant, and appellant was advised of his right to examine the appellate record and to file a pro se brief.  No pro se brief has been filed.

We have reviewed the record and counsel=s brief and agree that the appeals are frivolous and without merit.  We find nothing in the record of either cause that might arguably support the appeal.  Counsel=s motion to withdraw is granted.

The judgments of conviction are affirmed.


W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Affirmed

Filed:   April 10, 2003

Do Not Publish

2